PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas R. Hahne                                        Cr.: 01-00603-001

Name of Sentencing Judicial Officer: The Honorable John W. Bissell

Date of Original Sentence: 05/06/02

Original Offense: Armed Bank Robbery, Title 18 U.S.C. 2113(a) and (d)

Original Sentence: 64 months custody (amended to 29 months), 5 years supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/29/03

Assistant U.S. Attorney: Deborah L. Goldklang              Defense Attorney: Leslie Stolbof Sinemus

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 14, 2006, Hahne was arrested by the Maplewood Police Department and charged with receiving stolen property, possession of burglary tools, possession of a radio intercepting emergency commands, and a person unauthorized to have weapons (pellet gun). |
| 2 | The offender has violated the supervision condition which states **The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.**'<br><br>Beginning in April 2006, and continuing through September 2006, Hahne secured an apartment, 2 cars, new furniture, televisions, and many other items totaling more than $15,000. Hahne provided a number of receipts for the purchased items whereas he paid cash, however, he failed to provide the required evidence verifying the source of the money. Furthermore, Hahne failed to submit a copy of his 2005 income tax return as directed. |

PROB 12C - Page 2
Thomas R. Hahne

3                    The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

On February 14, 2006 Hahne tested positive for morphine, codeine, and hydromorphone; on March 9, 2006 he tested positive for morphine, codeine, and cocaine/benzoylecgonline; on April 17, 2006 he tested positive for morphine, codeine, hydromorphone, and cocaine/benzoylecgonline; on May 3, 2006 he tested positive for morphine, codeine, and hydromorphone; and on September 6, 2006 he tested positive for opiates and oxycotin.

4                    The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'**

The offender's accomplice while committing the burglaries was Sean Williams. Maplewood Police have charged Williams in connection with the burglaries and Williams was present in Hahne's residence when the search warrant was executed on September 14, 2006. Williams was also present in Hahne's residence on September 6, 2006 when this probation officer made an unscheduled home visit.

I declare under penalty of perjury that the foregoing is true and correct.

*Donna W. Shaw*

By:  Donna W. Shaw
     Senior U.S. Probation Officer
Date:  09/18/06

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons.  Date of Hearing: _____.
[   ] No Action
[   ] Other

Signature of Judicial Officer

9-25-06

Date

HON. J.A. GREENAWAY, JR. USDJ